# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02906-CMA-MJW         FTR - Courtroom A-502
Consolidated with 13-cv-03410-CMA-MJW

**Date:**   May 29, 2014                          Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                  <u>*Counsel*</u>

VANESSA STOCKMAR,                                 Elwyn F. Schaefer
                                                  Sara A. Green
    Plaintiff(s),

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE            John N. McNamara, Jr.
MEDICINE, a Colorado corporation,

    Defendant(s).

and

13-cv-03410-CMA-MJW

TANYA CARLETON,                                   Timothy M. Kratz

    Plaintiff(s),

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE            John N. McNamara, Jr.
MEDICINE, a Colorado corporation,

    Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING**
**Court in Session:**   9:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff Stockmar's Motion to Compel for argument.

Argument on behalf of Plaintiff by Ms. Green.
Argument on behalf of Defendant by Mr. McNamara.

**It is ORDERED:** Plaintiff Stockmar's MOTION TO COMPEL [Docket No. **21**, filed April 20, 2014] is **GRANTED** for reasons as set forth on the record.

Defendant shall provide Bates Numbers to their responses to interrogatories as outlined in the subject motion as well as requests for production of documents.
It is noted Plaintiff has information for Bryan Gwinn.
Defendant shall provide these as to Mark Manton **on or before JUNE 02, 2014**, as it is noted the deposition of Mr. Manton is scheduled June 05, 2014.
Defendant shall provide all others **on or before JUNE 09, 2014.**
Each party shall pay its own fees and costs incurred in connection with this motion.

It is noted that with the consolidation of these cases 13-cv-02906-CMA-MJW and 13-cv-03410-CMA-MJW, certain deadlines set in the Scheduling Order [Docket No. 15, filed January 23, 2014 13-cv-02906-CMA-MJW] may need to be amended. Parties shall meet and confer and file any appropriate motion to amend the Scheduling Order.

Discussion is held regarding Plaintiff's request to depose Alexis DiBrigida. It is noted Ms. DiBrigida is represented by a separate attorney. Plaintiff's counsel shall meet and confer with the attorney and schedule the deposition within the next 2 weeks.

Hearing concluded.
**Court in recess:** 9:53 a.m.
Total In-Court Time 00:23

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.