IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02906-CMA-MJW

VANESSA STOCKMAR,

Plaintiff(s),

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC., a Colorado corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order (docket no. 34) is GRANTED finding good cause shown. The written First Amended Scheduling Order (docket no. 35) is APPROVED and made an Order of Court.

Date: July 28, 2014