# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02906-CMA-MJW                         FTR - Courtroom A-502
Consolidated with 13-cv-03410-CMA-MJW

**Date:**   October 27, 2014                                     Courtroom Deputy, Ellen E. Miller

    *Parties*                                                        *Counsel*

VANESSA STOCKMAR,                                                Sara A. Green

    Plaintiff(s),

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE          John N. McNamara, Jr.
MEDICINE, a Colorado corporation,

    Defendant(s).

and

13-cv-03410-CMA-MJW

TANYA CARLETON,                                                  M. Turner Field

    Plaintiff(s),

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE          John N. McNamara, Jr.
MEDICINE, a Colorado corporation,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **FINAL PRETRIAL CONFERENCE / MOTION HEARING**
**Court in Session:**   9:21 a.m.
Court calls case.  Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:   The proposed FINAL PRETRIAL ORDER which was tendered to the court, and modified from the bench, is made an order of court.

The Court raises Defendant Traditional Chinese Medicine, Inc.'s Motion to Compel for argument.

Argument on behalf of Defendant by Mr. McNamara.
Argument on behalf of Plaintiff by Ms. Green and Mr. Field.

**It is ORDERED:**     Defendant Traditional Chinese Medicine, Inc.'s MOTION TO COMPEL [Docket No. **53**, filed October 14, 2014] is   **TAKEN UNDER ADVISEMENT.**   The court will issue its written Order.

Counsel are directed to the chambers of Judge Christine M. Arguello for trial settings. The parties anticipate a five (5) day trial to a jury.

Hearing concluded.
**Court in recess:**      9:40 a.m.
Total In-Court Time 00:19

To order a transcript of this proceedings, contact Avery Wood Reports  (303) 825-6119  or   Toll Free   1-800-962-3345.