**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02906-CMA-MJW

VANESSA STOCKMAR, and
TANYA CARLETON,

      Plaintiffs,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC.,
a Colorado corporation,

      Defendant.

---

**ORDER DENYING PLAINTIFF TANYA CARLETON'S MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE WHY COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC. SHOULD NOT BE HELD IN CIVIL CONTEMPT OF COURT AND GRANTING IN PART PLAINTIFFS' MOTIONS FOR ORDER RELEASING GARNSIHED FUNDS HELD BY UMB BANK**

---

      This matter is before the Court on Plaintiff Tanya Carleton's Motion for Issuance of Order to Show Why Colorado School of Traditional Chinese Medicine, Inc., ("CSTCM") Should Not be Held in Civil Contempt of Court ("Ms. Carleton's Contempt Motion") (Doc. # 123), and Plaintiffs' Motions for Order to Release Garnished Funds Held by UMB Bank (Doc. ## 139, 141.)  As explained below, the former motion is denied, and the latter motions are granted in part and denied in part.

      First, with regard to Ms. Carleton's Contempt Motion, the Motion indicates that she is seeking to hold CSTCM in civil contempt because CSTCM has failed to pay the stipulated-upon costs incurred in this matter.  Plaintiff's Motion is denied because

Plaintiffs may not use the contempt powers of the Court to enforce a judgment (costs are merged into the judgment). Rather, Plaintiffs are directed to follow the standard execution procedures outlined in Fed. R. Civ. P. 69, which provides that "[a] money judgment is enforced by a writ of execution."

Plaintiffs' Motions for Orders to Release Garnished Funds Held by UMB Bank request that the Court issue an order directing UMB Bank of Colorado ("UMB Bank") to disburse $50,106.77 of the Judgment Debtor's money to Pendleton, Wilson, Hennessey & Crow, P.C., as Plaintiffs' attorney in satisfaction of the judgment. (Doc. ## 139, 141.) This money is currently being held by UMB Bank per the Answer to the Writ of Garnishment (Doc. ## 132, 133).

Plaintiffs' Motions (Doc. ## 139, 141) are GRANTED in part and DENIED in part. Specifically, per D.C.COLO.LCivR 67.2, UMB Bank SHALL tender the funds it is currently holding into the Court Registry (with a check made payable to the Clerk of the United States District Court), and identify in writing this Order as the Order authorizing the deposit. Once the funds have been deposited, Plaintiffs are directed to file a Motion to Disburse along with a proposed order, which includes the payee's full name and complete address and the amount to be disbursed.

DATED:   June 8, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge