**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02906-CMA-MJW

VANESSA STOCKMAR,
TANYA CARLETON,

    Plaintiffs,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC.,
a Colorado corporation,

    Defendant.

---

### <u>AMENDED</u> ORDER GRANTING IN PART PLAINTIFFS' MOTIONS FOR ORDER RELEASING GARNISHED FUNDS HELD BY UMB BANK

---

    This matter is before the Court on Plaintiffs' Motions for Order to Release Garnished Funds Held by UMB Bank (Doc. ## 139, 141.)

    On June 8, 2015, the Court issued an Order that inadvertently omitted the amount UMB Bank should disburse as to each individual Plaintiff in this matter. Accordingly, per D.C.COLO.LCivR 67.2, UMB Bank SHALL tender the funds it is currently holding on behalf of Tanya Carleton ($50,106.47), and the funds it is currently holding on behalf of Vanessa Stockmar ($50,106.77), into the Court Registry (with a check made payable to the Clerk of the United States District Court), and identify in writing this Order as the Order authorizing the deposit.  Once the funds have been deposited, Plaintiffs are directed to file a Motion to Disburse along with a proposed

order, which includes the payee's full name and complete address and the amount to be disbursed.

DATED: June 9, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge