**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02906-CMA-MJW

VANESSA STOCKMAR,
TANYA CARLETON,

    Plaintiffs,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC.,
a Colorado corporation,

    Defendant.

---

**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY'S LIEN**

---

    This matter is before the Court on interested party Bachus & Schanker, LLC's Amended Motion to Withdraw Attorney's Lien.  (Doc. # 194.)  The instant Motion indicates that Bachus & Schanker, LLC and Elwyn F. Schaefer have settled the claims relating to the Attorney's Lien.  Accordingly, there being good cause appearing, the instant Motion (Doc. # 194) is hereby GRANTED, and Doc. # 179 (Notice of Attorney's Lien) is hereby WITHDRAWN.

    The Court also DENIES AS MOOT Doc. # 180 ("Emergency *Ex Parte* Motion for An Injunction to Enforce Valid Attorney's Lien Pursuant to C.R.S. § 12-5-119"), and Docs. # 192 and 193 (the prior versions of the Motion to Withdraw Attorney's Lien).

DATED: December 4, 2015

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge