## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 13-cv-02906-CMA-MJW

VANESSA STOCKMAR,
TANYA CARLETON,

      Plaintiffs,

v.

COLORADO SCHOOL OF TRADITIONAL CHINESE MEDICINE, INC.,
a Colorado corporation,

      Defendant.

---

### **AMENDED** ORDER GRANTING PLAINTIFF CARLETON'S MOTION TO DISBURSE FUNDS CURRENTLY HELD IN THE COURT'S REGISTRY

---

This matter is before the Court on the Court's prior Order (Doc. # 197) Granting Plaintiff Tanya Carleton's Motion to Disburse Funds Currently Held in the Court's Registry, filed in accordance with this Court's prior Orders of June 8, 2015 and June 9, 2015. (Doc. ## 144, 145). The Court's prior Order inadvertently omitted a direction for the Registry of the Court to issue any interest that has accrued to date, in addition to the principal amount of $50,106.47. (*See* Doc. # 197.)

As such, the Court hereby amends its prior Order (Doc. # 197) and ORDERS as follows: the Registry of this Court is directed to issue payment in the principal amount of $50,106.47, **plus any interest that has accrued to date**, to:

Elwyn F. Schaefer & Associates, P.C.
460 So. Marion Pkwy., Ste. 1704
Denver, CO 80209

DATED: December 22, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge